# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**RASHUNE LEON RAGLON**                                              **PLAINTIFF**
**ADC #552305**

**v.**                          **CASE NO. 1:17-CV-00094 BSM**

**MARJORIE HALL, Health Care Provider,**
**North Central Unit;** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice,

the dismissal counts as a "strike," and it is certified that an *in forma pauperis* appeal would

not be taken in good faith. *See* 28 U.S.C. §§ 1915(g), (a)(3).

IT IS SO ORDERED this 28th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE